UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL MATTA,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE[1], Commissioner<br>Social Security Administration,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  04-11535-WGY<br>)<br>)<br>)<br>) |

### JUDGMENT

In accordance with the Defendant's Motion for Entry of Judgment Pursuant to Sentence Six of 42 U.S.C. § 405(g), IT IS ORDERED that, pursuant to sentence six of 42 U.S.C. §405(g), judgment shall be entered for the plaintiff in this matter.

SO ORDERED THIS   24th   DAY OF   July  , 2008.

_____
HONORABLE WILLIAM G. YOUNG
United States District Court

---

[1]/ On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).